

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| SUJUAN JIANG | CIVIL ACTION NO. 09-749 |
|---|---|
| VERSUS | JUDGE TRIMBLE |
| U.S. ATTORNEY GENERAL, ET AL. | MAGISTRATE JUDGE KIRK |

### JUDGMENT

For the reasons stated in the report and recommendation of the magistrate judge previously filed herein and after a de novo review of the record, noting the absence of objections filed by either party, and having determined that the findings and recommendation are correct under applicable law, it is hereby

**ORDERED** that petitioner's habeas corpus petition be **DISMISSED** as moot.

**THUS DONE AND SIGNED** in chambers at Alexandria, Louisiana this 17th day of July, 2009.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE